IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

JERALYN VOLKERT,               )
                               )
            Plaintiff,         )
                               )
     vs.                       )          C08-4044 PAZ
                               )
                               )     JUDGMENT IN A CIVIL CASE
COMMISSIONER OF SOCIAL         )
SECURITY,                      )
MICHAEL J ASTRUE,              )
                               )
            Defendant.         )
                               )

        This action came before the Court.

        IT IS ORDERED AND ADJUDGED

        The Commissioner's decision is reversed and this case is remanded for further

development of the record.  Judgment will be entered in favor of the Plaintiff and against

Commissioner of Social Security.


DATED: <u>March 23, 2009</u>


<u>Robert L. Phelps</u>
Clerk

<u>s/src</u>
(By) Deputy Clerk